OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

NOTICE REGARDING PERSONAL INFORMATION

DATE: 10/30/06

TO: Roland C. Anderson

CA# 06-669

CASE CAPTION: Anderson v. General Motors

DOCUMENT TITLE: Attachment to Complaint

　　On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The document identified above appears to contain the kind of personal information you may want to protect from public access on the internet. If you would like this personal information to be treated as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

cc: Assigned Judge

_____
Beth Dinan
Deputy Clerk