IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROLAND C. ANDERSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-877-JJF |
| GENERAL MOTORS, | : |
| Defendant. | : |

| | |
|---|---|
| ROLAND C. ANDERSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-669-JJF |
| GENERAL MOTORS, | : |
| Defendant. | : |

### O R D E R

Plaintiff Roland C. Anderson filed two lawsuits pursuant to 42 U.S.C. § 2000 et seq. as captioned above. In both cases Plaintiff proceeds pro se and was granted permission to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

The Complaints in Civil Action Nos. 05-877-JJF and 06-669-JJF, involve similar allegations of employment discrimination and retaliation against the same Defendant, General Motors. Federal Rule of Civil Procedure 42 provides for consolidation "[w]hen actions involv[e] a common question of law or fact. . .to avoid

unnecessary costs or delay." Fed. R. Civ. P. 42(a). "District courts have the inherent authority to order consolidation <u>sua sponte</u>." <u>Plimpton v. Cooper</u>, 141 F. Supp. 2d 573, 575 (W.D. N.C. 2001)(citing <u>Pickle v. Char Lee Seafood, Inc.</u>, 174 F.3d 444 (4th Cir. 1999)). Both Complaints concern common questions of law and fact and are brought against the same Defendant.

At Wilmington this 22 day of February, 2007, IT IS THEREFORE ORDERED that:

1. Civil Action Nos. 05-877-JJF and 06-669-JJF are **CONSOLIDATED** for all purposes.

2. The caption of the Consolidated Action is as follows:

---

| | |
|---|---|
| ROLAND C. ANDERSON, | : |
| Plaintiff, | : |
| | : **CONSOLIDATED** |
| v. | : Civil Action No. 05-877-JJF |
| | : |
| GENERAL MOTORS, | : |
| Defendant. | : |

---

3. The Complaint (D.I. 2) filed in Civil Action No. 05-877-JJF, and the Complaint (D.I. 2) filed in Civil Action No. 06-669-JJF, together will stand as the Complaint in this Consolidated Action.

4. All documents previously filed to date in the cases consolidated herein are deemed filed and are part of the record

in the Consolidated Action.

    5.   Hereafter, Court pleadings and documents shall be filed **only** in Civil Action No. 05-877-JJF.  The Court will not accept pleadings filed in Civil Action No. 06-669-JJF.

                                             /s/ Joseph J. Farnan, Jr.
                                    UNITED STATES DISTRICT JUDGE