**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROLAND C. ANDERSON, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )    Civil Action No. 06-669 JJF |
| | ) |
| GENERAL MOTORS CORPORATION, | ) |
| | ) |
|     Defendant. | ) |

**NOTICE OF DEPOSITION**

TO:    Roland C. Anderson
           113 Lloyd St.
           Wilmington, DE 19804
           Pro se plaintiff

Please take notice that defendant will take the deposition of *pro se* plaintiff Roland C. Anderson, on October 24, 2007, beginning at 9:00 a.m., at the offices of Eckert Seamans Cherin & Mellott, LLC, 300 Delaware Ave., Suite 1210, Wilmington, DE 19801. The deposition will be continued from day to day beginning at 9:00 a.m. until completed and the witness is excused. The deposition will be taken before a duly certified court reporter and can be used for all purposes permitted under Federal Rules of Civil Procedure, including trial. All parties are invited to attend and participate.

                                                            Respectfully submitted,

                                                            */s/ Michael G. Busenkell*
                                                            Michael G. Busenkell (Del. Bar #3933)
                                                            Margaret F. England (Del. Bar #4248)
                                                            Eckert Seamans Cherin & Mellott, LLC
                                                           300 Delaware Avenue, Suite 1210
                                                           Wilmington, DE 19801
                                                          (302) 425-0430

-2-

      Michael A. Williams    MO BAR #47538
Lathrop & Gage L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, Missouri 64108-2684
Telephone:  (816) 292-2000
Telecopier:   (816) 292-2001

Attorneys for Defendant

-2-

CC 1910472v3

## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, hereby certify that a copy of the above and foregoing was served, by Federal Express overnight, on the following this 2nd day of October, 2007:

Roland C. Anderson
113 Lloyd St.
Wilmington, DE  19804

                                         */s/ Michael G. Busenkell*
                                         Michael G. Busenkell (No. 3933)